LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DARNELL HARRIS, ) | No. CV 14-516 AN |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING |
| ) | EAJA FEES |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($2,100.00) subject to the terms of the stipulation.

DATE: October 1, 2014 _____
                              HON. ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE